IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bradley, Donna Kaye

Printed: 11/25/08

Case Number: 04 B 45009
Judge: Hollis, Pamela S
Filed: 12/7/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 24, 2008
Confirmed: January 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 54,133.95 |  |
| Secured: |  | 1,006.46 |
| Unsecured: |  | 47,444.92 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,848.62 |
| Other Funds: |  | 133.95 |
| Totals: | 54,133.95 | 54,133.95 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Kay Jewelers | Secured | 503.23 | 503.23 |
| 3. | ECast Settlement Corp | Secured | 503.23 | 503.23 |
| 4. | RoundUp Funding LLC | Unsecured | 4,115.65 | 5,420.19 |
| 5. | Kay Jewelers | Unsecured | 2,547.21 | 3,354.66 |
| 6. | Robinson/May | Unsecured | 138.67 | 182.63 |
| 7. | Discover Financial Services | Unsecured | 3,618.88 | 4,765.93 |
| 8. | World Financial Network Nat'l | Unsecured | 167.80 | 220.99 |
| 9. | National Capital Management | Unsecured | 5,915.27 | 7,790.27 |
| 10. | ECast Settlement Corp | Unsecured | 13,617.72 | 17,934.18 |
| 11. | Resurgent Capital Services | Unsecured | 1,569.64 | 2,067.18 |
| 12. | Citibank USA | Unsecured | 5,495.64 | 503.23 |
| 13. | ECast Settlement Corp | Unsecured | 221.94 | 292.31 |
| 14. | ECast Settlement Corp | Unsecured | 1,783.04 | 2,348.22 |
| 15. | ECast Settlement Corp | Unsecured | 1,947.73 | 2,565.13 |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Comcast | Unsecured |  | No Claim Filed |
| 18. | Bank One | Unsecured |  | No Claim Filed |
| 19. | Unimed | Unsecured |  | No Claim Filed |
|  |  |  | $ 44,845.65 | $ 51,151.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Bradley, Donna Kaye | Case Number:  04 B 45009 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/25/08 | Filed:  12/7/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 240.14 |
| 4% | 131.69 |
| 3% | 116.62 |
| 5.5% | 594.07 |
| 5% | 180.56 |
| 4.8% | 345.07 |
| 5.4% | 1,240.47 |
| | $ 2,848.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

